UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Patricia Burkette,<br><br>        Plaintiff,<br><br>vs.<br><br>Paramount Recovery Services, Inc., et al.,<br><br>        Defendants. | Case No.: 2:10-cv-00196 |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Defendant, Paramount Recovery Services, Inc., and Plaintiff, Patricia Burkette ("Plaintiff") have reached a settlement in the above-captioned case. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: April 12, 2010

                                              Respectfully submitted,

                                              PLAINTIFF,
                                              Patricia Burkette

                                              /s/ Jody B. Burton
                                              Jody B. Burton, Esq. (71681)
                                              LEMBERG & ASSOCIATES, L.L.C.
                                              Stamford, CT 06905
                                              Telephone: (203) 653-2250
                                              Facsimile: (877) 795-3666
                                              jburton@lemberglaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 12, 2010, a true and correct copy of the foregoing Notice of Settlement was filed electronically with the U.S. District Court Western District of Pennsylvania ECF system and that the document is available on the ECF system.


                                                By:  /s/ Jody B. Burton
                                                        Jody B. Burton, Esq.