UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Patricia Burkette,<br><br>     Plaintiff,<br>v.<br><br>Paramount Recovery Services, Inc., et al.,<br><br>     Defendants. | :<br>:<br>: Civil Action No.:  2:10-cv-00196-TFM<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)**

  Plaintiff, Patricia Burkette, by her attorney, hereby withdraws her complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: June 7, 2010

                   Respectfully submitted,

                   By: /s/ Jody Burton
                     Jody B. Burton, Esq. (71681)
                     Lemberg & Associates, L.L.C.
                     1100 Summer Street, 3rd Floor
                     Stamford, CT 06905
                     Telephone: (203) 653-2250
                     Facsimile: (877) 795-3666

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2010, I electronically filed the foregoing with the Clerk of the District Court of the Western District of Pennsylvania using the CM/ECF system.

By: /s/ Jody B. Burton
Jody B. Burton, Esq.