UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Patricia Burkette, | : |
| | : Civil Action No.: 2:10-cv-00196-TFM |
| Plaintiff, | : |
| v. | : |
| | : |
| Paramount Recovery Services, Inc., et al., | : |
| | : |
| Defendants. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Plaintiff, Patricia Burkette, by her attorney, hereby withdraws her complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: June 7, 2010

Respectfully submitted,

By: __/s/ Jody Burton_____
Jody B. Burton, Esq. (71681)
Lemberg & Associates, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666

Dated: June 8, 2010                    SO ORDERED:

                                        s/ Terrence F. McVerry

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 7, 2010, I electronically filed the foregoing with the Clerk of the District Court of the Western District of Pennsylvania using the CM/ECF system.


                                                 By: /s/ Jody B. Burton
                                                         Jody B. Burton, Esq.